# UNITED STATES DISTRICT COURT
for the

District of Montana

**FILED**

DEC 05 2016



Clerk, U.S. District Court
District Of Montana
Helena

United States of America
v.
TYLER BENTON HUGHES

)
)
)
)
)
)
)
)

Case No: CR 04-17-H-CCL-02

USM No: 08366-046

Date of Original Judgment: 03/25/2005
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

JOSLYN HUNT, Asst. Fed. Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __190__ months **is reduced to** __168 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/25/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 30 Nov 16

Effective Date: 30 Nov 16
*(if different from order date)*

Judge's signature

CHARLES C. LOVELL, SR US DIST JUDGE
*Printed name and title*