IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-04-017-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TYLER BENTON HUGHES | |
| Defendant. | |

On January 8, 2018, the Court held an initial appearance on an amended petition to revoke Defendant Tyler Benton Hughes's (Mr. Hughes) supervised release. Mr. Hughes was present with his counsel, Federal Defender Hank Branom. Based on Mr. Branom's representations to the Court that there are serious questions about Mr. Hughes's competency, the Court finds there is reasonable cause to believe that Mr. Hughes is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). The Court ordered in open court that Mr. Hughes be placed in a suitable facility to undergo examination to determine his mental competency. The government, through its counsel, Assistant United States Attorney Thomas Bartleson, did not object to the motion, nor did Mr. Hughes or his counsel.

Accordingly, IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 4241(b), Mr. Hughes shall undergo a psychiatric or psychological evaluation to determine whether he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. IT IS FURTHER ORDERED that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b)-(c).

The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Mr. Hughes will be evaluated. The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated.

The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

DATED this 8th day of January, 2018.

John Johnston
United States Magistrate Judge