# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BENTON HUGHES,<br><br>Defendant. | Case No. CR-04-17-H-CCL-JTJ<br><br>ORDER VACATING<br>COMPETENCY HEARING<br>AND SETTING<br>REVOCATION HEARING |

Defendant Tyler Benton Hughes, having filed an Unopposed Motion to Vacate the Competency Hearing and Request to Set the Revocation Hearing, the Government having no objection to this Motion, and good cause appearing;

IT IS HEREBY ORDERED that the Competency Hearing presently set for Tuesday, April 17, 2018, at 10:00 a.m., is VACATED. IT IS FURTHER HEREBY ORDERED that the Revocation Hearing is set for Tuesday, April 17, 2018, 2018, at10:00 a.m.

DATED this <u>12th</u> day of April, 2018.

John Johnston
United States Magistrate Judge

1