IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-04-17-H-CCL-003 |
|---|---|
| Plaintiff, | |
| vs. | Order |
| TYLER BENTON HUGHES, | |
| Defendant. | |

The court having been advised that Tyler Benton Hughes has appeared before a magistrate judge in connection with the petition to revoke supervised release,

IT IS ORDERED that hearing on the petition to revoke supervised release is set on April 4, 2019 at 10:00 a.m., in Courtroom II, United States Courthouse, 901 Front Street, Helena, Montana.

At the hearing defendant will be afforded the opportunity to be represented by counsel, to confront and cross-examine witnesses called against him and to testify and present evidence in his own behalf.

The Clerk is directed forthwith to notify counsel of entry of this order.

Dated this 21st day of February, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE