IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BENTON HUGHES,<br><br>Defendant. | CR 04-17-H-CCL-TJC<br><br>**ORDER VACATING<br>DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 124.) Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for March 24, 2021 at 11:30 a.m. is VACATED.

DATED this 23rd day of March, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge