# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BENTON HUGHES,<br><br>Defendant. | Case No. CR 04-17-H-BMM<br><br><br><br>**ORDER** |

Defendant, Tyler Benton Hughes, having filed a Motion for Witness to Appear via Video (Zoom) for Final Revocation Hearing;

IT IS HEREBY ORDERED the Witness, April Hughes may appear via video using Zoom for the Final Revocation Hearing, currently scheduled for April 19, 2022, at 2:30 p.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 19th day of April, 2022.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court