# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BENTON HUGHES,<br><br>Defendant. | Case No. CR 04-17-H-BMM<br><br><br><br>ORDER |

Defendant, Tyler Benton Hughes, having filed an Unopposed Motion for Custodial Recommendation and good cause appearing;

IT IS HEREBY ORDERED the Judgment in this case shall include a recommendation to FCI Englewood for service of the custodial sentence imposed.

DATED this 20th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1